```
JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          elizabeth_falk@fd.org
```

Counsel for Defendant BETANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK BETANCO,<br><br>Defendant. | **Case No.:** CR 24-247 RS, CR 20-217 RS, CR 19-645 RS<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The above captioned matter is scheduled for sentencing on September 24, 2024. Defense counsel and United States Probation need additional time to conduct the presentence interview and prepare the report. Therefore, the parties respectfully request that the matter be continued to November 12, 2024 at 9:30 a.m.

\\

\\

\\

[PROPOSED] STIPULATED ORDER
*BETANCO*, CR 24-247 RS, 20-217 RS, 19-645 RS

IT IS SO STIPULATED.

| | |
|---|---|
| August 13, 2024<br>Dated | ISMAIL RAMSEY<br>United States Attorney<br>Northern District of California |
| | /S<br>JOSIAH BOURNES<br>Assistant United States Attorney |
| August 13, 2024<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| 8/13/2024<br>Dated | RICHARD SEEBORG<br>Chief United States District Judge |

STIPULATED ORDER *BETANCO*, CR 24-247
RS, 20-217 RS, 19-645 RS